UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
MARCUM LLP,

              Plaintiff,

-against-

SCOTT MAIER,

              Defendant.
----------------------------------------------------------X

MEMORANDUM AND ORDER

CV 12-2882

(Wexler, J.)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
★ JAN -4 2013 ★
LONG ISLAND OFFICE

WEXLER, District Judge:

Presently before the court is a Report and Recommendation ("R&R") of the assigned Magistrate Judge, E. Thomas Boyle. The R&R recommends that due to a lack of diversity among the parties, this matter be remanded to the state court.

The Report and Recommendation is dated December 5, 2012, and was filed on the Court's ECF system as of that date. The time to file objections having passed without receipt of such objections, the R&R is hereby adopted. See 28 U.S.C. §636 (b)(1)(c); Fed. R. Civ. P. 72. The Clerk of the Court is directed to terminate the motion appearing as docket entry 18, to close the file in this matter and to transfer the file herein back to the Supreme Court of the State of New York, County of Suffolk.

SO ORDERED

/s/ LEONARD D. WEXLER
UNITED STATES DISTRICT JUDGE

Dated: Central Islip, New York
       January 4, 2013

1